[No. 23791-5-III. Division Three. February 16, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL JOSEPH WORDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-00289-4, Linda G. Tompkins and Salvatore F. Cozza, JJ., entered January 27, 2005. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis, J., and Thompson, J. Pro Tem.

[No. 54715-1-I. Division One. February 21, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MASIEL BARRERA-GAMEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00395-7, Michael F. Moynihan, J., entered July 12, 2004. *Affirmed* by unpublished per curiam opinion.

[Nos. 55813-7-I; 55816-1-I. Division One. February 21, 2006.]

ANNETTE M. ALBERTS ET AL., *Petitioners,* v. THE KING COUNTY DISTRICT COURT, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 04-2-34049-7, Michael Hayden, J., entered March 29, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Becker, JJ.

[No. 56009-3-I. Division One. February 21, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. D.C., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-8-04853-4, Donald D. Haley, J., entered March 10, 2005. *Affirmed* by unpublished per curiam opinion.